**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| THOMAS MURRAY, | : | No. 3 MAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| LYCOMING SUPPLY, INC. (WORKERS' | : | |
| COMPENSATION APPEAL BOARD), | : | |
| | : | |
| Respondents | : | |

**ORDER**

**PER CURIAM**

　　**AND NOW**, this 4th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.